**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Alexander H. Lim, Esq. (SBN: 297525)
alex@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

*Attorneys for Plaintiff,*
Alfonso G. Sandoval

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALFONSO G. SANDOVAL,**<br><br>Plaintiff,<br><br>v.<br><br>**LAW OFFICE OF JOHN BOUZANE,**<br><br>Defendant. | **Case No.:** CV15-764 JAK (Ex)<br><br>**PLAINTIFF ALFONSO G. SANDOVAL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT LAW OFFICE OF JOHN BOUZANE'S MOTION TO DISMISS**<br><br>**DATE:** October 19, 2015<br>**TIME**: 8:30 a.m.<br>**COURTROOM:** 730<br><br>**HON. JOHN A. KRONSTADT** |

///

PLAINTIFF ALFONSO G. SANDOVAL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANT LAW OFFICE OF JOHN BOUZANE'S MOTION TO DISMISS [ECF NO. 15]

Plaintiff ALFONSO G. SANDOVAL ("Plaintiff") submits this Notice of Supplemental Authority in Support of Plaintiff's Opposition to Defendant LAW OFFICE OF JOHN BOUZANE's ("Defendant") Motion to Dismiss [ECF No. 15] which was lodged on July 20, 2015. Specifically, the Honorable Jeffrey S. White of the Northern District of California issue an Order Denying Motion to Dismiss in the matter of *Rubio v. LVNV Funding, LLC, et al.*, court case no.: C 14-05395 JSW on July 21, 2015. Therefore, Judge White unequivocally established that

> California district courts have held that the litigation privilege does not apply to federal causes of action, such as Plaintiff's claims under the FDCPA, due to the Supremacy Clause. *See Oei* [*v. N. Star Capital Acquisitions, LLC*, 484 F. Supp. 2d 1089, 1098 (C.D. Cal. 2006)].[1] The Supreme Court [of the United States] held that FDCPA requirements apply directly to litigation activities. *See Heintz* [*v. Jenkins*, 514 U.S. 291, 299 (1995)]…[2] The Court finds that Plaintiff's claims should not be barred under the California litigation privilege.

*See* Judge White's Order Denying Motion to Dismiss, ECF No. 32, 14:1-6 attached hereto as Exhibit 1.

///

///

///

///

///

///

///

---

[1] Plaintiff extensively relied upon *Oei* in Plaintiff's Opposition.

[2] Plaintiff also extensively relied upon *Heintz* in Plaintiff's Opposition.

**PLAINTIFF ALFONSO G. SANDOVAL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANT LAW OFFICE OF JOHN BOUZANE'S MOTION TO DISMISS [ECF NO. 15]**
PAGE 1 OF 2

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

Plaintiff respectfully requests this Court consider Judge White's Order in *Rubio*, issued a single day after Plaintiff's Opposition was lodged before this Court, in ruling upon Defendant's Motion.

Dated: July 21, 2015                                      Respectfully submitted,

                                                           **KAZEROUNI LAW GROUP, APC**

                                     By: ___/s/ Matthew M. Loker____
                                                       MATTHEW M. LOKER, ESQ.
                                                       ATTORNEY FOR PLAINTIFF

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

PLAINTIFF ALFONSO G. SANDOVAL'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF OPPOSITION TO DEFENDANT LAW OFFICE OF JOHN BOUZANE'S MOTION TO DISMISS [ECF NO. 15]      PAGE 2 OF 2